UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| CONNECTICUT GENERAL LIFE INSURANCE COMPANY, *et al*, | § § § § | |
| Plaintiffs, | § | |
| VS. | § | CIVIL ACTION NO. 4:13-CV-3291 |
| | § § | |
| HUMBLE SURGICAL HOSPITAL, LLC, | § § | |
| Defendant. | § § | |

## ORDER

The plaintiffs' Motion to Vacate (ECF No. 65) the Court's March 24, 2015 Memorandum Opinion and Order is GRANTED. It is ORDERED that the Memorandum Opinion and Order (ECF No. 64) is vacated in its entirety.

The Court also GRANTS the plaintiffs' Motion for Leave to Amend Complaint (ECF No. 66). *See* FED. R. CIV. P. 15(a)(2) ("The court should freely give leave [to amend a party's pleading] when justice so requires."). The defendant is hereby ordered to respond to the plaintiffs' First Amended Complaint in accordance with FED. R. CIV. P. 7, 15.

It is so **ORDERED**.[1]

SIGNED on this 8th day of July, 2015.

Kenneth M. Hoyt
United States District Judge

---

[1] All previous pleadings are hereby mooted by this order, as well as the plaintiffs' FED. R. CIV. P. 12(c) motion for judgment on the defendant's amended counterclaims (ECF. No. 67).