UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| CONNECTICUT GENERAL LIFE INSURANCE COMPANY, *et al*, | § § § § | |
| Plaintiffs, | § | |
| VS. | § | CIVIL ACTION NO. 4:13-CV-3291 |
| | § | |
| HUMBLE SURGICAL HOSPITAL, LLC, | § § § | |
| Defendant. | § | |

## **ORDER**

Plaintiffs' Partial Motion to Dismiss or for Judgment on the Pleadings is DENIED (Dkt. No.127). Only motions that are dispositive of all claims will be addressed.

It is so **ORDERED**.

SIGNED on this 1st day of September, 2015.

_____
Kenneth M. Hoyt
United States District Judge