United States District Court
Southern District of Texas
**ENTERED**
November 12, 2015
David J. Bradley, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| CONNECTICUT GENERAL LIFE INSURANCE COMPANY, *et al*, § § § | |
| Plaintiffs, § | |
| VS. § | CIVIL ACTION NO. 4:13-CV-3291 |
| § | |
| HUMBLE SURGICAL HOSPITAL, LLC, § § § | |
| Defendant. § | |

**ORDER FOLLOWING TELEPHONE SCHEDULING CONFERENCE**
**HELD ON November 12, 2015 at 8:45 AM**

Appearances:    John Bruce Shely
Brian Pidcock
Brian Douglas Melton
John Pierre Lahad
(Court Reporter: K. Metzger)

The following rulings were made:

Pursuant to phone conference, the parties are set for a jury trial on January 11, 2016, at 1:30 p.m. Pretrial matters will be discussed at 11:30 a.m. The parties are to mark opposing counsel's exhibit list – only objections; and prepare proposed findings of fact as well as proposed jury charges. Docket call set for January 4, is therefore cancelled. All pretrial documents are to be filed on or before January 5, 2016. Deposition requests (Dkt. No. 134), expert and fact witnesses, are to be completed on or before December 14, 2015. Witnesses identified by Humble but not produced by CIGNA are subject to exclusion.

It is so ORDERED.

SIGNED on this 12th day of November, 2015.

_____
Kenneth M. Hoyt
United States District Judge