United States District Court
Southern District of Texas
**ENTERED**
December 07, 2015
David J. Bradley, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| CONNECTICUT GENERAL LIFE INSURANCE COMPANY, *et al*, § § § | |
| Plaintiffs, § | |
| VS. § | CIVIL ACTION NO. 4:13-CV-3291 |
| § | |
| HUMBLE SURGICAL HOSPITAL, LLC, § § | |
| Defendant. § | |

### ORDER GRANTING HUMBLE SURGUCAL HOSPITAL, LLC'S SECOND MOTION TO COMPEL

Before the Court is Humble Surgical Hospital, L.L.C.'s Second Motion to Compel. Having considered the motion, the response, and the applicable authority, the Court finds that the motion should be **GRANTED**. Plaintiffs are hereby **ORDERED** to produce for deposition:

(1) Cigna's two designated experts,

(2) the two Cigna employees identified as persons with knowledge in Cigna's Amended Disclosures (Kasper and Matus), and

(3) Third-party witnesses identified in Cigna's Amended Disclosures to the extent these witnesses are subject to Cigna's control.

It is so **ORDERED**.

SIGNED on this 7th day of December, 2015.

_____
Kenneth M. Hoyt
United States District Judge