United States District Court
Southern District of Texas
**ENTERED**
December 30, 2015
David J. Bradley, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| CONNECTICUT GENERAL LIFE INSURANCE COMPANY, *et al*, | § § § § | |
| Plaintiffs, | § | |
| VS. | § | CIVIL ACTION NO. 4:13-CV-3291 |
| | § § | |
| HUMBLE SURGICAL HOSPITAL, LLC, | § § | |
| Defendant. | § | |

## ORDER FOR EXPEDITED RESPONSE

Cigna's motion to exclude new claims in Humble's supplemental damage model (Dkt. No. 151) has been filed. A response to this motion is required on an expedited basis. The response is due no later than January 11, 2016.

SIGNED on this 30th day of December, 2015.

_____
Kenneth M. Hoyt
United States District Judge