IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| CONNECTICUT GENERAL LIFE INSURANCE COMPANY and CIGNA HEALTH AND LIFE INSURANCE COMPANY, <br><br> Plaintiffs, <br><br> vs. <br><br> HUMBLE SURGICAL HOSPITAL, LLC <br><br> Defendant. | § § § § § § § § § § § § § | JURY DEMANDED <br><br> CIVIL ACTION NO.: 4:13-cv-3291 |

**CIGNA'S OBJECTIONS AND COUNTER-DESIGNATIONS TO
HUMBLE'S TRIAL DEPOSITION DESIGNATIONS**

Pursuant to agreement between the parties, Plaintiffs Connecticut General Life Insurance Company and Cigna Health and Life Insurance Company ("Plaintiffs" or "Cigna") submit its Objections and Counter-Designations to Humble's Trial Deposition Designations of Linda Halik and Robert Patterson.  Cigna reserves its right to submit additional designations of any witness on Humble's trial list in the event that Humble informs Cigna it no longer plans to present a witness live at trial.[1]

---

[1] The parties have reserved the right to cross-designate additional deposition testimony to the extent necessary.  At that time, Cigna will provide the Court with a color coded copy of the deposition transcripts.

A. **Cigna's Objections and Counter Designations for Linda Halik**

1. <u>Deposition Objections to Linda Halik:</u>

| Begin Page | Begin Line | End Page | End Line | Objection |
|---|---|---|---|---|
| 11 | 21 | 11 | 27 | Relevance. FRE 402, 403. |
| 12 | 14 | 12 | 20 | Relevance. FRE 402, 403. |
| 29 | 18 | 29 | 23 | Relevance. FRE 402, 403. |
| 37 | 9 | 38 | 7 | Relevance; Foundation; Speculative (38:4-9). FRE 402, 403, 602. |
| 38 | 4 | 38 | 9 | Relevance; Foundation; Speculative. FRE 402, 403, 602. |
| 64 | 23 | 64 | 27 | Foundation; Speculative; Misstates the facts (64:18-27). FRE 602. |
| 88 | 3 | 89 | 25 | Hearsay. FRE 801, 802. |
| 146 | 22 | 146 | 26 | Misstates facts. |
| 160 | 9 | 160 | 23 | Hearsay. FRE 801, 802. |

2. <u>Counter Deposition Designations for Linda Halik:</u>

| Begin Page | Begin Line | End Page | End Line | |
|---|---|---|---|---|
| 6 | 3 | 6 | 9 | FRE 106 |
| 6 | 14 | 7 | 20 | FRE 106 |
| 8 | 8 | 8 | 18 | |
| 9 | 4 | 9 | 11 | |

-3-

| | | | | |
|---|---|---|---|---|
| 9 | 19 | 10 | 7 | |
| 10 | 20 | 10 | 22 | |
| 12 | 21 | 12 | 26 | |
| 14 | 15 | 15 | 8 | |
| 15 | 12 | 15 | 14 | |
| 18 | 6 | 18 | 9 | FRE 106 |
| 19 | 20 | 19 | 22 | FRE 106 |
| 20 | 4 | 20 | 6 | |
| 22 | 7 "can" | 23 | 10 | |
| 24 | 3 "so" | 24 | 5 | |
| 38 | 26 | 39 | 15 | |
| 40 | 19 | 41 | 12 | FRE 106 |
| 42 | 4 | 42 | 6 | |
| 45 | 9 | 45 | 12 | FRE 106 |
| 47 | 14 | 47 | 21 | |
| 48 | 17 | 48 | 19 | FRE 106 |
| 50 | 5 | 50 | 19 | |
| 50 | 22 | 51 | 3 | |
| 51 | 23 | 52 | 3 | FRE 106 |
| 54 | 5 | 54 | 9 | FRE 106 |
| 57 | 13 | 57 | 19 | FRE 106 |
| 63 | 22 | 63 | 26 | FRE 106 with Humble's designation starting at 64/11 |
| 70 | 20 | 71 | 5 | |
| 74 | 22 | 74 | 25 | |
| 74 | 27 | 75 | 7 | |
| 79 | 23 | 79 | 25 | FRE 106 with Humble's |

-4-

|   |   |   |   |   |
|---|---|---|---|---|
|   |   |   |   | designation starting at 81/7 |
| 80 | 4 | 80 | 24 | FRE 106 with Humble's designation starting at 81/7 |
| 81 | 3 | 81 | 6 | FRE 106 |
| 82 | 16 | 82 | 19 | FRE 106 |
| 83 | 23 | 84 | 7 | FRE 106 |
| 90 | 21 | 91 | 3 |   |
| 91 | 16 | 91 | 20 |   |
| 91 | 24 | 92 | 19 |   |
| 93 | 8 | 93 | 14 |   |
| 94 | 9 | 94 | 19 |   |
| 98 | 10 | 99 | 3 | FRE 106 |
| 125 | 4 "When" | 125 | 7 | FRE 106 |
| 125 | 16 | 125 | 22 | FRE 106 |
| 161 | 15 | 162 | 21 |   |
| 162 | 23 | 162 | 25 |   |
| 162 | 27 | 163 | 16 |   |
| 163 | 18 | 166 | 12 |   |
| 166 | 14 | 166 | 27 |   |
| 167 | 4 | 170 | 18 |   |
| 174 | 20 "but" | 175 | 13 |   |
| 176 | 12 | 177 | 10 |   |
| 178 | 11 | 179 | 3 |   |
| 179 | 5 | 179 | 12 |   |
| 179 | 20 | 179 | 22 |   |
| 179 | 24 | 179 | 24 |   |

HOU:3621443.1

B. **Cigna's Objections and Counter Designations for Robert Patterson**

1. **Deposition Objections to Robert Patterson:**

| Begin Page | Begin Line | End Page | End Line | Objection |
|---|---|---|---|---|
| 21 | 9 | 22 | 23 | Incomplete designation |
| 64 | 11 | 65 | 6 | Relevance, Foundation. FRE 401, 402, 602 |
| 89 | 20 | 90 | 21 | Relevance, Foundation, Incomplete designation. FRE 401, 402, 602, 106. |
| 98 | 20 | 99 | 11 | Relevance, Foundation Hearsay. FRE 401, 402, 602, 801, 802. |
| 101 | 11 | 101 | 19 | Hearsay, Attorney client privilege. FRE 801, 802, 502. |
| 134 | 20 | 136 | 9 | Hearsay. 801, 802. |

2. **Counter Deposition Designations to Robert Patterson:**

| Begin Page | Begin Line | End Page | End Line | |
|---|---|---|---|---|
| 9 | 23 | 10 | 20 | FRE 106 |
| 15 | 8 | 15 | 22 | FRE 106 |
| 17 | 11 | 17 | 21 | FRE 106 |
| 22 | 15 | 23 | 3 | FRE 106. Starting with "A client" to end of answer. |
| 34 | 10 | 34 | 13 | FRE 106 |
| 35 | 9 | 35 | 19 | FRE 106 |
| 37 | 9 | 37 | 13 | FRE 106 |
| 37 | 18 | 38 | 12 | FRE 106 |

| | | | | |
|---|---|---|---|---|
| 39 | 20 | 41 | 2 | FRE 106 |
| 41 | 11 | 41 | 18 | FRE 106 |
| 42 | 10 | 42 | 12 | FRE 106 |
| 51 | 6 | 51 | 7 | FRE 106 |
| 51 | 10 | 51 | 12 | FRE 106 |
| 61 | 8 | 61 | 16 | FRE 106 |
| 66 | 6 | 66 | 8 | FRE 106 |
| 69 | 20 | 71 | 9 | FRE 106 |
| 74 | 2 | 75 | 24 | FRE 106 |
| 78 | 17 | 78 | 19 | FRE 106 |
| 78 | 22 | 78 | 24 | FRE 106 |
| 79 | 2 | 79 | 2 | FRE 106 |
| 92 | 14 | 92 | 16 | FRE 106 |
| 136 | 10 | 136 | 15 | *Subject to ruling on Cigna's objections to Humble's designation of 134/20 to 135/16 and 135/22 to 136/9 |
| 137 | 11 | 137 | 19 | *Subject to ruling on Cigna's objections to Humble's designation of 134/20 to 135/16 and 135/22 to 136/9 |
| 141 | 17 | 142 | 11 | FRE 106 |

HOU:3621443.1

Respectfully submitted,

**ANDREWS KURTH LLP**

By: *s/ John B. Shely*
    **John B. Shely**
    State Bar No. 18215300
    Southern District No. 7544
    **Dena Palermo**
    State Bar No. 08928830
    Southern District No. 6082
    **Brian C. Pidcock**
    State Bar No. 24074895
    Southern District No. 1654553
    600 Travis, Suite 4200
    Houston, Texas 77002
    (713) 220-4200
    (713) 220-4285 – Fax

**ATTORNEYS FOR PLAINTIFFS CONNECTICUT GENERAL LIFE INSURANCE COMPANY AND CIGNA HEALTH AND LIFE INSURANCE COMPANY**

### CERTIFICATE OF SERVICE

On January 6, 2016, counsel for Cigna electronically filed the foregoing document with the clerk of the court for the U.S. District Court, Southern District of Texas, using the electronic case filing system of the Court. The electronic case filing system sent a "Notice of Electronic Filing" to the attorneys of record who have consented in writing to accept this Notice as service of this document by electronic means.

*s/ Dena Palermo*
Dena Palermo

HOU:3621443.1