United States District Court
Southern District of Texas
**ENTERED**
January 08, 2016
David J. Bradley, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| CONNECTICUT GENERAL LIFE INSURANCE COMPANY, *et al*, | § § § § | |
| Plaintiffs, | § | |
| VS. | § | CIVIL ACTION NO. 4:13-CV-3291 |
| | § § | |
| HUMBLE SURGICAL HOSPITAL, LLC, | § § | |
| Defendant. | § | |

## ORDER

Before the Court is Cigna's Motion to Strike New Claims in Humble's Supplemental Damage Model (Dkt. No. 151), and Humble's response. The Court finds that Cigna's Motion lacks merit and should be DENIED.

It is so **ORDERED**.

SIGNED on this 8th day of January, 2016.

_____
Kenneth M. Hoyt
United States District Judge