United States District Court
Southern District of Texas
**ENTERED**
January 08, 2016
David J. Bradley, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| CONNECTICUT GENERAL LIFE INSURANCE COMPANY, *et al*, | § § § § | |
| Plaintiffs, | § | |
| VS. | § | CIVIL ACTION NO. 4:13-CV-3291 |
| | § § | |
| HUMBLE SURGICAL HOSPITAL, LLC, | § § | |
| Defendant. | § | |

## ORDER

The Court *sua sponte* orders the bifurcation of the issues presented in this case. The Court will proceed, without a jury, with Humble's non-jury ERISA claims and CIGNA's statutory state law claim. The Court determines that CIGNA's statutory state law claim requires interpretation of state and or federal law and the plan contract(s).

It is so Ordered.

SIGNED on this 8th day of January, 2016.

_____
Kenneth M. Hoyt
United States District Judge