United States District Court
Southern District of Texas
**ENTERED**
January 14, 2016
David J. Bradley, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| CONNECTICUT GENERAL LIFE INSURANCE COMPANY, *et al*, § § § § Plaintiffs, § VS. § HUMBLE SURGICAL HOSPITAL, LLC, § § § Defendant. § | CIVIL ACTION NO. 4:13-CV-3291 |

**ORDER GRANTING HUMBLE SURGICAL HOSPITAL, LLC'S UNOPPOSED MOTION TO SEAL**

Before the Court is defendant Humble Surgical Hospital, LLC's Unopposed Motion to Seal Docket No. 158-2. The Court finds that the motion should be GRANTED.

Accordingly, the Court hereby Orders that Docket No. 158-2 in the above-captioned case shall be sealed.

It is so ORDERED.

SIGNED on this 14th day of January, 2016.

Kenneth M. Hoyt
United States District Judge