IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| CONNECTICUT GENERAL LIFE INSURANCE COMPANY, et al. | § § § § § | JURY DEMANDED |
|---|---|---|
| vs. | | CIVIL ACTION NO. 4:13-cv-03291 |
| HUMBLE SURGICAL HOSPITAL, LLC | | |

**CIGNA'S SIXTH AMENDED TRIAL EXHIBIT LIST**

| No. | Date | Description | Bates Nos. | Offr. | Obj. | Admit | N/Admit |
|---|---|---|---|---|---|---|---|
| 1 | | HSH Outpatient Department Participation Program | HSH-CIGNA007092 | | | | |
| 2 | 10/9/2009 | Private Placement Memorandum | HSH-CIGNA007205-HSH-CIGNA007255 | | | | |
| 3 | 5/7/2010 | Private Placement Memorandum | HSH-CIGNA007156-HSH-CIGNA007203 | | | | |
| 4 | 2/15/2005 | TDSHS letter to Hospital Administrator/CEO | CIGNA093083 | | | | |
| 5 | | Hospital Outpatient Surgical Center Use Agreements, Business Associate Agreements, Appointment and Services Agreements, Joinder Agreements, and Custody Agreement (electronic only) | Various | | | | |
| 6 | | List of provider practices [Kohl Ex. 111] | HSH-CIGNA000173-HSH-CIGNA000175 | | | | |
| 7 | | Summary chart of In-Network Agreements | | | | | |
| 8 | | In-Network Agreements (electronic only) | | | | | |
| 9 | 9/2/2011 | TDSHS Notice of Hearing re Issuance of Emergency Order of Suspension of License for Humble Surgical Hospital | HSH-CIGNA0022890 | | | | |
| 10 | | Humble Surgical Hospital License | CIGNA052576; HSH001880 | | | | |
| 11 | | Humble Script | HSH-CIGNA0025132-HSH-CIGNA0025134 | | | | |
| 12 | | Informal Humble script | HSH-CIGNA0035514-HSH-CIGNA0035517 | | | | |
| 13 | 9/20/2011 | Letter from Belinda Hazelton to Mustapha Kibirige | CIGNA052616-CIGNA052617 | | | | |
| 14 | 9/19/2011 | Letter from Omar Kiggundu to Belinda Hazelton | CIGNA052613-CIGNA052615 | | | | |
| 15 | 12/13/2011 | Letter from Belinda Hazelton to Omar Kiggundu | CIGNA052618-CIGNA052619 | | | | |
| 16 | | Humble Comment Listings (electronic only) | Various | | | | |
| 17 | 7/2/2012 | Letter from Debra Biehle (Strasburger) to Michael Wade (Cigna) re failure to pay claims submitted by Humble Surgical Hospital | CIGNA052573-CIGNA052610 | | | | |
| 18 | | Strasburger Presentation - Mandatory Compliance Programs are Coming - Are You Ready? | HSH-CIGNA006733-HSH-CIGNA006870 | | | | |
| 19 | 5/30/2012 | Email from Omar Kiggundu re: Survey of 2012 Compliance Seminar Series | HSH-CIGNA0030472-HSH-CIGNA0030514 | | | | |
| 20 | 3/2/2012 | Email from Belinda Gray to Billing and Jodie Ellis | HSH-CIGNA0019029-HSH-CIGNA0019031; HSH-CIGNA0033573-HSH-CIGNA0033612 | | | | |
| 21 | 3/8/2012 | Email from Omar Kiggundu to Belinda Gray; Billing; Access; and Jodie Ellis re Summary of Strasburger Seminar | HSH-CIGNA00300000-HSH-CIGNA00300002 | | | | |
| 22 | | Cigna Patient Questionnaires (electronic only) | Various | | | | |
| 23 | NUMBER NOT USED | | | | | | |

1

| No. | Date | Description | Bates Nos. | Offr | Obj. | Admit | N/Admit |
|---|---|---|---|---|---|---|---|
| 24 | 8/19/2012 | Email from Jakob Kohl to Omar Kiggundu re HSH - A Humble Story | HSH-CIGNA0031086-HSH-CIGNA0031094 | | | | |
| 25 | | Master Plan Chart - Discretion & Overpayment Language | | | | | |
| 26 | | Master Plan Chart - Cost-Share Language | | | | | |
| 27 | | Master Plan Chart - Exclusion Language | | | | | |
| 28 | | Plan Documents and Administrative Services Only Agreements (electronic only) | Various | | | | |
| 29 | | Cigna Patient Files, including Explanation of Benefits (electronic only) | Various | | | | |
| 30 | | Humble Patient Medical Records (electronic only) | Various | | | | |
| 31 | | Form UB04 | | | | | |
| 32 | 11/1/2013 | Humble Surgical Hospital - Summary Revenue Report | HSH-CIGNA00083774-HSH-CIGNA00083778 | | | | |
| 33 | | Statement of Revenues and Expenses | HSH-CIGNA0030177-HSH-CIGNA0030180 | | | | |
| 34 | | CV of Mary Beth Edwards | | | | | |
| 35 | | Humble Surgical Hospital, LLC 2010 Tax Return | CIGNA093417-CIGNA093623 | | | | |
| 36 | | Humble Surgical Hospital, LLC 2011 Tax Return | HSH006032-HSH006153 | | | | |
| 37 | | Humble Surgical Hospital, LLC 2012 Tax Return | CIGNA093624-CIGNA093651 | | | | |
| 38 | 12/31/2011 | Humble Surgical Hospital, LLC Consolidated Financial Statements and Independent Auditors' Report 12/31/2011 | CIGNA093383-CIGNA093398 | | | | |
| 39 | 12/31/2012 | Humble Surgical Hospital, LLC Consolidated Financial Statements and Independent Auditors' Report 12/31/2012 | CIGNA093399-CIGNA093416 | | | | |
| 40 | | Cigna verification of benefits telephone disclaimer audio | CIGNA078301 | | | | |
| 41 | 7/3/2013 | Audio file of Voice Message from Sports Center to Kevin Daniels | CIGNA089039 | | | | |
| 42 | | Humble Charge Master | HSH-CIGNA000259-HSH-CIGNA000288 | | | | |
| 43 | | Comparisons of charges with Houston, Dallas, Groves, Terrell | HSH-CIGNA0025137 | | | | |
| 44 | | Hospital Pricing Specialists Spreadsheet | HSH-CIGNA007498-HSH-CIGNA007875 | | | | |
| 45 | | Meeting summary with Jodie Ellis on billed charges | HSH-CIGNA007956 | | | | |
| 46 | | Methods used to calculate billed charges for Humble | HSH-CIGNA007957 | | | | |
| 47 | 7/22/2011 | TDSHS Survey - Humble Surgical Hospital | CIGNA095744-CIGNA095783 | | | | |
| 48 | 8/24/2011 | TDSHS Survey - Humble Surgical Hospital | | | | | |
| 49 | 2/27/2012 | Letter from TDSHS to Humble Surgical Hospital | CIGNA095801-CIGNA095808 | | | | |
| 50 | 3/21/2012 | TDSHS Survey - Humble Surgical Hospital | CIGNA095813-CIGNA095840 | | | | |
| 51 | 1/4/2013 | Letter from TDSHS to Humble Surgical Hospital | CIGNA095809-CIGNA095812 | | | | |
| 52 | | Viant/Multiplan letter agreements (electronic only) | Various | | | | |
| 53 | 12/13/2011 | SIU Provider Flag Request Form for Humble Surgical Hospital | CIGNA059646 | | | | |
| 54 | 10/17/2012 | SIU Provider Flag request Form for Humble Surgical Hospital | CIGNA088034-CIGNA088035 | | | | |
| 55 | | Post flag emails from Belinda Hazelton to FCO - (electronic only) | Various | | | | |
| 56 | | SIU Case Notes | CIGNA064009-CIGNA064064 | | | | |
| 57 | | SIU Case Notes | CIGNA088279-CIGNA088344 | | | | |
| 58 | 6/14/2013 | Declaration of Omar Kiggundu in *Aetna Life Insurance Co. v. Humble Surgical Hospital*, No. 4:12-CV-1206, Southern Distsrict of Texas | | | | | |
| 59 | 12/20/2012 | Letter from Bruce Blefeld to John Shely and Dena Palermo | HSH006176-HSH006179 | | | | |

| No. | Date | Description | Bates Nos. | Offr | Obj. | Admit | N/Admit |
|---|---|---|---|---|---|---|---|
| 60 | 6/20/2012 | Email and attachment from Belinda Gray to Jodie Ellis | HSH-CIGNA0020095-HSH-CIGNA0020096 | | | | |
| 61 | | 2012 Collection letters from Belinda Gray to patients | | | | | |
| 61-A | | 2012 Collection letters from Belinda Gray to patients, produced by CIGNA | CIGNA052621-CIGNA052626; CIGNA047475-CIGNA047476; CIGNA061429-CIGNA061430 | | | | |
| 62 | 10/12/2012 | Cigna response to HSH collection letter | Various | | | | |
| 63 | | 2015 Collection letters from Humble to patients | CIGNA087217-CIGNA087219; CIGNA088707-CIGNA088712; CIGNA088870; CIGNA092778-CIGNA092783 | | | | |
| 64 | 8/4/2015 | Letter to Belinda Gray re collection letter | CIGNA087282-CIGNA087284 | | | | |
| 65 | 8/18/2011 | Letter from Belinda Hazelton to Dr. Kibirige | CIGNA064192-CIGNA064193 | | | | |
| 66 | 5/13/2013 | Letter from Danae Martin to Belinda Gray | CIGNA064190-CIGNA064191 | | | | |
| 67 | 7/21/2015 | Form letter to Cigna Customers re "Important Information Regarding Collection Letter from Humble Surgical Hospital" | CIGNA087285-CIGNA087288 | | | | |
| 68 | | Insurance Verification Form for patient M.A. | HSH-CIGNA00073620 | | | | |
| 69 | 11/19/2010 | Email from Belinda Gray to Billing Department and Rebecca Pennington re script and out of network patient complaints | HSH-CIGNA0016728-HSH-CIGNA0016731 | | | | |
| 70 | 12/1/2010 | Email from Belinda Gray to Omar Kiggundu, the Billing Department, and Rebecca Pennington | HSH-CIGNA0016808-HSH-CIGNA0016813 | | | | |
| 71 | 3/1/2011 | Email from Omar Kiggundu to Belinda Gray re Latest Games from Viant/Multi-Plan | HSH-CIGNA00065013-HSH-CIGNA00065014 | | | | |
| 72 | 3/9/2011 | Email from Belinda Gray to Omar Kiggundu re redraft of Upfront Collections Policy | HSH-CIGNA007435-HSH-CIGNA007440 | | | | |
| 73 | 3/10/2011 | Email from Omar Kiggundu to Belinda Gray re First Final Policy for Upfront Collections | HSH-CIGNA00065023-HSH-CIGNA00065025 | | | | |
| 74 | 3/22/2011 | Email from Belinda Gray to Omar Kiggundu re re-implimenting of Upfront Collections Policy | HSH-CIGNA007953-HSH-CIGNA007955 | | | | |
| 75 | 5/5/2011 | Email from Omar Kiggundu to Belinda Gray re tracking Upfront Collections | HSH-CIGNA0017124-HSH-CIGNA0017125 | | | | |
| 76 | 5/13/2011 | Email from Rebecca Pennington to Belinda Gray re Upfront collections | HSH-CIGNA00065073-HSH-CIGNA00065074 | | | | |
| 77 | 5/29/2012 | Email from Belinda Gray to Omar Kiggundu re enforcing upfront collections | HSH-CIGNA00066190-HSH-CIGNA00066192 | | | | |
| 78 | 10/11/2011 | Email from Omar Kiggundu to Billing regarding Additional Language for Patient Admissions Forms | HSH-CIGNA00065262 | | | | |
| 79 | 7/11/2012 | Email from Belinda Gray to Omar Kiggundu re patient complaint | HSH-CIGNA0020326 | | | | |
| 80 | 3/28/2012 | Email from Belinda Gray to Omar Kiggundu re United Healthcare patient complaint | HSH-CIGNA00066039-HSH-CIGNA00066041 | | | | |
| 81 | 6/19/2012 | Email from Omar Kiggundu to Robert Varner re decrease in Upfront Collections for Humble | HSH-CIGNA00066252-HSH-CIGNA00066256 | | | | |
| 82 | 6/15/2012 | Email from Belinda Gray to Kayla Fanton re Cigna patient complaint | HSH-CIGNA0019995-HSH-CIGNA0019996 | | | | |
| 83 | 7/2/2012 | Email from Belinda Gray to Omar Kiggundu re patient complaint | HSH-CIGNA00066313 | | | | |

| No. | Date | Description | Bates Nos. | Offr | Obj. | Admit | N/Admit |
|---|---|---|---|---|---|---|---|
| 84 | 11/13/2013 | Email from Omar Kiggundu to Belinda Gray and Monica Pineda re employee discount programs | HSH-CIGNA00066849-HSH-CIGNA00066852 | | | | |
| 85 | 12/6/2013 | Email from Omar Kiggundu to Belinda Gray re write-off of patient balance | HSH-CIGNA00066947-HSH-CIGNA00066948 | | | | |
| 86 | 2/18/2018 | Email from Belinda Gray to Robert Varner re no disclosure form that Humble is out of network | HSH-CIGNA00067034-HSH-CIGNA00067035 | | | | |
| 87 | 3/6/2014 | ` | HSH-CIGNA00067084 | | | | |
| 88 | 7/2/2013 | Email from Omar Kiggundu to Monica Pineda re Proj Ohio - Policies | HSH-CIGNA00066632-HSH-CIGNA00066635 | | | | |
| 89 | 1/10/2012 | Humble Board meeting minutes | HSH-CIGNA000219-HSH-CIGNA000225 | | | | |
| 90 | 7/18/2013 | Humble Presentation "Our Success is in the Numbers" | HSH-CIGNA008079-HSH-CIGNA008106 | | | | |
| 91 | 2/28/2014 | Humble's collection spreadsheet for Cigna patients 8/1/10 - 2/28/14 | HSH-CIGNA008229 | | | | |
| 92 | 2/21/12014 | Email from Sandra Meiners to Belinda Gray re write-off for patient A.M. | HSH-CIGNA0022101-HSH-CIGNA0022109 | | | | |
| 93 | 12/4/2013 | Email from Robert Varner to Debbie Cormier re upfront collection policies | HSH-CIGNA0035373-HSH-CIGNA0035445 | | | | |
| 94 | 3/26/2012 | Email from Belinda Hazelton to Tawnya Perry-Kennedy re NAO Appeal | CIGNA052860-CIGNA052861 | | | | |
| 95 | 5/1/2012 | Email from Belinda Hazelton to Reginald Bennett re Appeal due 4/29/12 | CIGNA052862-CIGNA052863 | | | | |
| 96 | | NUMBER NOT USED | | | | | |
| 97 | | Ownership Chart - Mustapha Kibirige | | | | | |
| 98 | | Excerpts from Essentials of Managed Health Care, Fifth Edition, Peter R. Kogstvedt (pp. 791, 798) | | | | | |
| 99 | 12/19/1994 | Department of Health and Human Services: Publication of OIG Special Fraud Alerts December 19, 1994 "Why Is it Illegal for 'Charged-Based' Providers, Practitioners and Suppliers to Routinely Waive Medicare Copayment and Deductibles?" https://oig.hhs.gov/fraud/docs/alertsandbulletins/121994.html | | | | | |
| 100 | | Texas Insurance Code § 1204.055 | | | | | |
| 101 | | Humble Patient Collections Data | HSH-CIGNA008229 | | | | |
| 102 | | Supplemental Supporting Humble Patient Collections Files | HHS-CIGNA008141; HSH-CIGNA008230 | | | | |
| 103A | | Cigna Claims Data Extracts | CIGNA064065 | | | | |
| 103B | | Cigna Claims Data Extracts | CIGNA064066 | | | | |
| 103C | | Waste Management Claims | CIGNA064066 | | | | |
| 104 | | Humble Hospital Outpatient Surgical Center Use Agreement | HSH-CIGNA008246 HSH-CIGNA008251 | | | | |
| 105 | | List of Associated Humble Physicians | HSH-CIGNA000173-HSH-CIGNA000175 | | | | |
| 106 | | Humble's list of Claims in Dispute | HSH-CIGNA008137 | | | | |
| 107 | 5/8/2013 | "One Hospital Charges $8,000 - Another, $38,000" by Sarah Cliff and Dan Keating, May 8, 2013 (Washington Post) | | | | | |
| 108 | | Fair Health Website: Database Overview | | | | | |
| 109 | | United Healthcare Website: "Information on Payment of Out of Network Benefits" | | | | | |
| 110 | 3/6/2012 | EmblemHealth Website: "Payments to Out-of-Network Health Care Providers," Issued March 6, 2012 | | | | | |
| 111 | | Aetna Website: "How Aetna Pays Out-of-Network Benefits: Reasonable Charge & Prevailing Charge (Health)" | | | | | |
| 112 | | New Jersey Administrtive Code - Title 11: Department of Banking and Insurance (11:21 - 7:13) | | | | | |

| No. | Date | Description | Bates Nos. | Offr | Obj. | Admit | N/Admit |
|---|---|---|---|---|---|---|---|
| 113 | | Spreadsheet prepared by Cigna reflecting Cigna's MCR for the Humble Claims | CIGNA093013; CIGNA093021 | | | | |
| 114 | | Spreadsheet prepared by Cigna reflecting Cigna's MCR for the Cigna Claims | CIGNA093012 | | | | |
| 115 | | Repricing spreadsheets of Humble's claims | CIGNA093016; CIGNA093019; CIGNA093015 | | | | |
| 116 | | Spreadsheets of Humble's Claims reflecting applicable plan cost-share percentages | CIGNA093017; CIGNA093014 | | | | |
| 117 | | Spreadsheet of certain claim exceptions from Humble's claims | CIGNA093018 | | | | |
| 118 | 6/4/2015 | DOJ Release:  United States Files Suit Against Outreach Diagnostic Clinic and Outreach Eyecare [Kohl Ex. 105] | | | | | |
| 119 | 6/14/2012 | Email and attachment from Omar Kiggundu to Belinda Gray re review of Denials for Patient Payment and listing of Action Items | HSH-CIGNA0030672-HGH-CIGNA0030673 | | | | |
| 120 | 4/24/2014 | Email from Omar Kiggundu to Belinda Gray re Authorizations/Assignment of Benefits | HSH-CIGNA0032698-HSH-CIGNA0032699 | | | | |
| 121 | 5/22/2012 | Email from Marian El-Baghdadi to Jakob Kohl and others re Clinic Paperwork & Copays | HSH-CIGNA0067535-HSH-CIGNA0067536; HSH-CIGNA0020231-HSH-CIGNA0020232 | | | | |
| 122 | 11/21/2013 | Humble Board Meeting Minutes | HSH-CIGNA008107-HSH-CIGNA008112 | | | | |
| 123 | 10/6/2011 | Sample Check from Cigna payable to Humble Surgical Hospital | CIGNA032888-CIGNA032889 | | | | |
| 124 | 6/8/2012 | AHA 2011 Annual Survey for Humble Surgical Hospital | | | | | |
| 125 | | AHA 2012 Annual Survey for Humble Surgical Hospital | | | | | |
| 126 | | AHA 2013 Annual Survey for Humble Surgical Hospital | | | | | |
| 127 | 5/1/2012 | AHA 2011 Annual Survey for Memorial Hermann | | | | | |
| 128 | 5/4/2012 | AHA 2011 Annual Survey for Methodist Hospital | | | | | |
| 129 | 9/23/2015 | Affidavit of the Texas Department of State Health Services regarding AHA Annual Survey of Hospitals | | | | | |
| 130 | 7/9/2012 | Humble Surgical's Case Overview | CIGNA095701-CIGNA095743 | | | | |
| 131 | 7/9/2012 | Excerpts from July 9, 2012 Hearing Transcript in No. H-12-1206, *Aetna Life Insurance Co. v. Humble Surgical Hospital, LLC* | | | | | |
| 132 | | EOB and check for patient G. S. | HSH-CIGNA00084012-HSH-CIGNA00084019 | | | | |
| 133 | | AHA Certification | | | | | |
| 134 | 1/1/2011 | BAE Systems, Inc. Plan | CIGNA000320-CIGNA000448 | | | | |
| 135 | 1/1/2012 | Waste Management Holdings, Inc. Executive Plan | CIGNA059495-CIGNA059567 | | | | |
| 136 | | Waste Management Plan | CIGNA092543-CIGNA092717 | | | | |
| 137 | | Notes on conversation | CIGNA092973 | | | | |
| 138 | | Sequence of events  Ex. 156] | | | | | |
| 139 | | Humble notes on conversation with Diane Miller | HSH-CIGNA00032148 | | | | |
| 140 | | SAMBA plan | CIGNA087788-CIGNA087883 | | | | |
| 141 | 10/27/2011 | Receipt for payment by patient J.O. | HSH_Cigna00014475 | | | | |
| 142 | 11/21/2011 | SAMBA to Cigna SIU Referral Form | CIGNA087896-CIGNA087898 | | | | |
| 143 | 11/10/2011 | Letter from W.O. and J.O. to American Academy of Facial Plasatic & Reconstructive Surgery | CIGNA092986 | | | | |
| 144 | 1/31/2012 | Email from W.O. to Belinda Hazelton re Sequence of Events | CIGNA087899 | | | | |

| No. | Date | Description | Bates Nos. | Offr | Obj. | Admit | N/Admit |
|---|---|---|---|---|---|---|---|
| 145 | 2/16/2012 | Email from Rebecca Pennington-Ward to Omar Kiggundu re J. O. | HSH-CIGNA00071102 HSH-CIGNA00071103 | | | | |
| 146 | 2/16/2012 | Email from I. Sofola to Rebecca Pennington-Ward and Omar Kiggundu re J.O. | HSH-00071101 | | | | |
| 147 | 3/22/2012 | Letter from W.O. to Dr. Enrique Quintero re J.O. [Ex. 159] | | | | | |
| 148 | 3/26/2012 | Letter from J.O. to Bayou Anesthesia and Pain | CIGNA092987-CIGNA092988 | | | | |
| 149 | 3/26/2012 | Letter from J.O. to Precise Pathology and Associates | CIGNA093010-CIGNA093011 | | | | |
| 150 | 2/20127 | Letter from Belinda Gray to J.O. | HSH-CIGNA0020231-HSH-CIGNA0020232 | | | | |
| 151 | 7/6/2012 | Letter from W.O. to Belinda Hazelton re insurance claim | CIGNA093009 | | | | |
| 152 | 7/10/2012 | Letter from W.O. to Judy Andrew re telephone conversation | CIGNA093008 | | | | |
| 153 | 7/13/2015 | Letter from Humble Surgical Hospital to J.O. re update on ongoing payment obligations | CIGNA087266-CIGNA087268 | | | | |
| 154 | 7/20/2015 | Letter from W.O. and J.O. to Linda Halik re Harassing Letter | CIGNA087890-CIGNA087894 | | | | |
| 155 | 7/29/2015 | Letter from W.O. to Linda Halik re Harassing Letter | CIGNA087895 | | | | |
| 156 | 7/13/2015 | Letter from Humble Surgical Hospital to J.O. re Update on ongoing payment obligations | HSH-CIGNA00084020-HSH-CIGNA00084024 | | | | |
| 157 | 7/21/2015 | Letter from Cigna to J.O. [Ex. 158] | | | | | |
| 158 | | J.O. medical records | HSH-CIGNA00084606-HSH-CIGNA00084668 | | | | |
| 159 | 2/16/2012 | Email from Rebecca Pennington-Ward to O. Kiggundu re patient J.O. | HSH-CIGNA00071100 | | | | |
| 160 | 7/18/2012 | Letter from Judy Andrew (SAMBA) to Belinda Gray re patient J.O. | CIGNA092991-CIGNA092993 | | | | |
| 161 | 2/3/2015 | Comment Listing for patient J.O. | HSH_CIGNA012513-HSH_CIGNA012517 | | | | |
| 162 | 4/27/2012 | Letter from Judy Andrew (SAMBA) to Belinda Gray re patient J.O. | HSH-CIGNA0019828-HSH-CIGNA0019829 | | | | |
| 163 | 7/6/2012 | Email from Belinda Gray to Omar Kiggundu re patient J.O. | HSH-CIGNA0020310 | | | | |
| 164 | | Southeast Texas Government Employee Benefits Pool - Consultative Analytics | CIGNA093023-CIGNA093082 | | | | |
| 165 | | Southeast Texas Government Employee Benefits Pool Plan | CIGNA018618 | | | | |
| 166 | | Southeast Texas Government Employee Benefits Pool Plan Out of Network Claims | CIGNA093022 | | | | |
| 167 | | Patient EOB for patient P.C. | CIGNA0123772 | | | | |
| 168 | | Provider EOB for patient P.C. | HSH-CIGNA00084157 | | | | |
| 169 | 4/12/2011 | Email from Omar Kiggundu to Belinda Gray re My Co-Pay | HSH-CIGNA0017055-HSH-CIGNA0017057 | | | | |
| 170 | | Summary for In-Network Damages | | | | | |
| 170-A | | Spreadsheet regarding in-network method of damages - Cigna claims | | | | | |
| 170-B | | Spreadsheet regarding in-network method of damages - Humble claims | | | | | |
| 170-C | | Spreadsheet regarding in-network method of damages | | | | | |
| 171 | | Detail for In-Network Damages | | | | | |
| 172 | | Support for In-Network Damages | | | | | |
| 173 | | Summary of Rebuttal Repricing | | | | | |
| 174 | | Detail of Rebuttal Repricing | | | | | |
| 175 | | Support for Rebuttal Repricing | | | | | |
| 176 | | Summary of MCR Analysis | | | | | |
| 177 | | Detail of Proportional Damages | | | | | |

| No. | Date | Description | Bates Nos. | Offr | Obj. | Admit | N/Admit |
|---|---|---|---|---|---|---|---|
| 178 | 10/18/2011 | Email from Omar Kiggundu to Joan Coleman re Adjustment/Write-off approval | HSH-CIGNA00070928-HSH-CIGNA00070929 | | | | |
| 179 | | Humble Meeting Agenda | HSH-CIGNA00073474-HSH-CIGNA00073476 | | | | |
| 180 | 7/2/2012 | Email from Jakob Kohl to Kayla Fanton re PIR report | HSH-CIGNA00067554-HSH-CIGNA00067555 | | | | |
| 181 | 10/21/2010 | Email from William Hayes to Omar Kiggundu re HSH and LWSC /Review and Comments | HSH-CIGNA00070070-HSH-CIGNA00070074 | | | | |
| 182 | 4/6/2011 | Email from Belinda Gray to Omar Kiggundu re My Co-Pay | HSH-CIGNA0025604-HSH-CIGNA0025606 | | | | |
| 183 | 3/30/2011 | Email from D.W. to Belinda Gray re My Co-Pay | HSH-CIGNA0017014-HSH-CIGNA0017016 | | | | |
| 184 | 1/29/2011 | EOB for Patient D.W. | CIGNA051358-CIGNA051359 | | | | |
| 185 | 1/29/2011 | EOB for Patient D.W. | CIGNA051355-CIGNA051357 | | | | |
| 186 | 12/17/2015 | Comment listing for patient D.W. | HSH-CIGNA00091132-HSH-CIGNA00091135 | | | | |
| 187 | | Photograph of Humble Surgical Hospital | | | | | |
| 188 | | Photograph of Memorial Hermann Woodlands | | | | | |
| 189 | 11/5/2010 | Email from Michael Battistoni to Debra Thelen re SIU alert | CIGNA086630-CIGNA086635 | | | | |
| 190 | 11/3/2010 | Email from Brian Wallach re SIU Alert | CIGNA087934-CIGNA087939 | | | | |
| 191 | 11/4/2010 | Email from Douglas Hadley to SIU Alert | CIGNA087929-CIGNA087933 | | | | |
| 192 | 10/1/2010 | Insurance verification form for patient T.H. | HSH-CIGNA00076406 | | | | |
| 193 | 12/30/2010 | Payment record for patient T.H. | HSH-CIGNA00076408 | | | | |
| 194 | 8/24/2015 | Comment listing for patient T.H. | HSH-CIGNA00084315-HSH-CIGNA00084318 | | | | |
| 195 | 12/30/2010 | Explanation of Benefits for patient T.H. | CIGNA041889-CIGNA041893 | | | | |
| 196 | | Patient Call log for patient T.H. | CIGNA077972 | | | | |
| 197 | | Fee forgiving powerpoint | CIGNA087272-CIGNA087281 | | | | |
| 198 | 10/26/2013 | Letter from William Welch in response to complaint filed with Texas Department of Insurance | CIGNA064365-CIGNA064423 | | | | |
| 199 | 4/15/2013 | Letter from Cigna to Texas Department of Insurance re Humble complaint; Letter from Cigna to Humble re same dated 5/3/2013 | CIGNA064327 - CIGNA064339 | | | | |
| 200 | | Original Claim Data [Cisar Ex. 23] | | | | | |
| 201 | | Claim Data [Cisar Ex. 24] | | | | | |
| 202 | 11/18/2010 | E-mail string between Omar Kiggundu, Andy Chen, Rebecca Pennington and others re suggested language to add to HSH-Scheduling Forms. | HSA-CIGNA00070117 - HSA-CIGNA00070119 | | | | |
| 203 | 2/7/2012 | E-mail from Omar Kiggundu to Candy Crim re cash prices/outpatient x-rays and radiological services. | HSA-CIGNA00067833 - HSA-CIGNA00067834 | | | | |
| 204 | 3/27/2012 | E-mail string between Rebecca Pennington-Ward and Jodie Ellis re lap band/sleeve cash price. | HSA-CIGNA00068041 - HSA-CIGNA00068042 | | | | |
| 205 | 5/10/2012 | E-mail string between Rebecca Pennington-Ward, Omar Kiggundu, Nick Lloyd and others re self pay pricing. | HSA-CIGNA00071328 - HSA-CIGNA00071335 | | | | |

| No. | Date | Description | Bates Nos. | Offr | Obj. | Admit | N/Admit |
|---|---|---|---|---|---|---|---|
| 206 | 1/9/2012 | E-mail string between Rebecca Pennington-Ward, Omar Kiggundu and Access re creation of a verification review sheet with sample attached. | HSA-CIGNA00071029 - HSA-CIGNA00071030 | | | | |
| 207 | 6/4/2012 | E-mail from Omar Kiggundu to Rebecca Pennington-Ward attaching the meeting summary from their morning meeting for any questions, corrections, suggestions or edits. | HSA-CIGNA0030549 - HSA-CIGNA0030552 | | | | |
| 208 | 6/19/2012 | E-mail from Omar Kiggundu to Rebecca Pennington-Ward attaching edited KSC-Letter to Raka Gohel MD PA. | HSA-CIGNA00071518 - HSA-CIGNA00071522 | | | | |
| 209 | 5/8/2013 | E-mail string between Rebecca Pennington-Ward and others re attached RSVP list for the Healthcare Compliance Symposium. | HSA-CIGNA00067678 - HSA-CIGNA00067679; HSA-CIGNA00072185 - HSA-CIGNA00072186 | | | | |
| 210 | 5/9/2013 | E-mail from Rebecca Pennington-Ward to Omar Kiggundu and Jakob Kohl attaching the Agenda, Presenters Introduction, and RSVP list for the Healthcare Compliance Symposium. | HSA-CIGNA00072195 - HSA-CIGNA00072197 | | | | |
| 211 | 7/11/2013 | E-mail from Rebecca Pennington-Ward to Monica Pineda and Omar Kiggundu attaching her overview for the July 2013 presentation. | HSA-CIGNA00072287 - HSA-CIGNA00072288 | | | | |
| 212 | | Meeting Agenda - Presented by K&S Consulting, Westside Surgical Hospital, Humble Surgical Hospital & Lake Woodlands Surgical Center. | HSA-CIGNA00073475 - HSA-CIGNA00073476 | | | | |
| 213 | 4/5/2012 | E-mail string between Robert Varner and Rebecca Pennington-Ward re attached Patient Complaint Grievance Reporting Info Patient Patient Handout. | HSA-CIGNA0033273 | | | | |
| 214 | 12/26/2013 | E-mail string between Omar Kiggundu, Rebecca Pennington-Ward and Ji Sohn re not accepting cases for Aetna "that have high and prohibitive costs." | HSA-CIGNA0032266 - HSA-CIGNA0032267 | | | | |
| 215 | 10/17/2011 | E-mail from Rebecca Pennington-Ward to Access attaching request for write off/adjustment and requesting update. | HSA-CIGNA0029310 - HSA-CIGNA0029311 | | | | |
| 216 | 12/15/2011 | E-mail from Dawn Rickman to Omar Kiggundu re TLIF. | HSA-CIGNA00070999 | | | | |
| 217 | 3/5/2012 | E-mail string between Rebecca Pennington-Ward, Omar Kiggundu, Access, Billing, and Christian Richards re request for commentary re physician and employee professional courtesy discounts. | HSA-CIGNA00071153 - HSA-CIGNA00071154 | | | | |
| 218 | 1/1/12012 | Stewart & Stevenson plan | CIGNA015991-CIGNA016051 | | | | |
| 219 | | Humble Business Plan Executive Summary | HSH-CIGNA0031718 HSH-CIGNA0031719 | | | | |
| 220 | 11/1/2011 | Humble Board Meeting Minutes | HSH-CIGNA000213-HSH-CIGNA000218 | | | | |
| 221 | 2/22/2011 | Humble Board Meeting Minutes | HSH-CIGNA0007477 | | | | |
| 222 | 2/22/2011 | Humble Board Meeting Minutes | HSH-CIGNA007494-HSH-CIGNA007497 | | | | |
| 223 | 7/28/2011 | Email from Omar Kiggundu to Belinda Gray | HSH-CIGNA0017324 | | | | |
| 224 | 9/13/2013 | Email from Omar Kiggugndu to Belinda Gray | HSH-CIGNA00066728-HSH-CIGNA00066730 | | | | |
| 225 | 11/1/2010 | ENGlobal Corporation Plan | CIGNA015783-CIGNA015846 | | | | |
| 226 | 7/2/2013 | MyCigna - Manage Claims & Balances | CIGNA092828-CIGNA092831 | | | | |
| 227 | 9/23/2013 | Cigna Questionnaire for Patient K.D. | CIGNA092786-CIGNA092788 | | | | |
| 228 | | NUMBER NOT USED | | | | | |
| 229 | | NUMBER NOT USED | | | | | |

| No. | Date | Description | Bates Nos. | Offr | Obj. | Admit | N/Admit |
|---|---|---|---|---|---|---|---|
| 230 | | NUMBER NOT USED | | | | | |
| 231 | | Handwritten notes | | | | | |
| 232 | | Texas Secretary of State records regarding Formation of Batjac | | | | | |
| 233 | | Texas Secretary of State records regarding Formation of Starlight | | | | | |
| 234 | | Texas Secretary of State Record showing management of Center for Orthopaedics & Sports Medicine, P.A. | | | | | |
| 235 | | Website for Center for Orthopaedics and Sports Medicine PA | | | | | |
| 236 | 4/1/2013 | Agreed Order in The Matter of the License of Michael Lee Blackwell, License No. J-3695 before the Texas Medical Board | | | | | |
| 237 | 7/1/2011 | Admission Amendment to Amended and Restated Company Agreement of Humble Surgical Hospital, LLC | | | | | |
| 238 | | Partnership Details for HSH | | | | | |
| 239 | 9/14/2012 | Email from Omar Kiggundu re Payments and Patient Responsibility for Cases at HSH | | | | | |
| 240 | | SIU Spreadsheet of Humble rate comparison | CIGNA064006 | | | | |
| 241 | | SIU Spreadsheet tracking pre and post flag claims | CIGNA064005 | | | | |
| 242 | | In Relation to Complaints About Billed Charges | HSH-CIGNA007981 | | | | |
| 243 | 9/16/2011 | Humble Board Meeting Minutes | HSH-CIGNA000289-HSH-CIGNA000295 | | | | |
| 244 | 7/10/2012 | SIU note re patient W.O. | HSH-CIGNA052620 | | | | |
| 245 | | Humble Board Presentation July 2012 | HSH-CIGNA008013-HSH-CIGNA008020 | | | | |
| 246 | 7/12/2012 | Humble Board Meeting Minutes | HSH-CIGNA008009-HSH-CIGNA008012 | | | | |
| 247 | 7/24/2012 | Letter from Welch to Biehle | CIGNA052569-CIGNA052572 | | | | |
| 248 | | Humble Board Meeting Presentation (2012) | HSH-CIGNA008040-HSH-CIGNA008072 | | | | |
| 249 | 10/18/2012 | Humble Board Meeting Minutes | HSH-CIGNA008021-HSH-CIGNA008023 | | | | |
| 250 | 3/18/2013 | Humble Board Meeting Minutes | HSH-CIGNA008034-HSH-CIGNA008039 | | | | |
| 251 | 7/18/2012 | Humble Board Meeting Minutes | HSH-CIGNA008073-HSH-CIGNA008078 | | | | |
| 252 | 7/18/2013 | Humble Board Meeting Presentation (2013) | HSH-CIGNA008079-HSH-CIGNA008106 | | | | |
| 253 | 11/1/2013 | Humble Board Meeting Minutes | HSH-CIGNA008107-HSH-CIGNA008112 | | | | |
| 254 | 11/1/2013 | Humble Board Meeting Presentation | HSH-CIGNA008113-HSH-CIGNA008135 | | | | |
| 255 | 3/10/2014 | SIU Provider Flag request | CIGNA059647 | | | | |
| 256 | 10/26/2013 | Welch's response to TDI complaint | CIGNA064364-CIGNA064423 | | | | |
| 257 | 1/5/2016 | Law360 article: "Chicago Doctor Sentenced In Massive Kickback Scam" | | | | | |
| 258 | 1/31/2011 | Promissory Note Agreement | HSH-CIGNA00080379 | | | | |
| 259 | | Humble Financial Need Screening Form | HSH-CIGNA0034771-HSH-CIGNA0034776 | | | | |
| 260 | 4/23/2012 | Humble email regarding Physician Entity Reimbursement | HSH-CIGNA0019464 | | | | |
| 261 | 12/28/2011 | Deposit Details for Starlight Surgical, PLLC | HSH-CIGNA0029743 | | | | |
| 262 | 4/23/2012 | Humble email regarding Physician Entity Reimbursement | HSH-CIGNA0030362 | | | | |
| 263 | 6/13/2012 | Humble email regarding Physician Entity Reimbursement | HSH-CIGNA0030665 | | | | |
| 264 | 8/30/2012 | Narrative Report of Physician Entity Reimbursement | HSH-CIGNA0031171 | | | | |
| 265 | 9/4/2012 | Narrative Report of Physician Entity Reimbursement | HSH-CIGNA0031173 | | | | |
| 266 | 8/30/2012 | Narrative Report of Physician Entity Reimbursement | HSH-CIGNA0031177 | | | | |
| 267 | 8/28/2012 | Narrative Report of Physician Entity Reimbursement | HSH-CIGNA0031179 | | | | |
| 268 | 8/28/2012 | Narrative Report of Physician Entity Reimbursement | HSH-CIGNA0031181 | | | | |

| No. | Date | Description | Bates Nos. | Offr | Obj. | Admit | N/Admit |
|---|---|---|---|---|---|---|---|
| 269 | 9/5/2012 | Narrative Report of Physician Entity Reimbursement | HSH-CIGNA0031183 | | | | |
| 270 | 8/30/2012 | Narrative Report of Physician Entity Reimbursement | HSH-CIGNA0031185 | | | | |
| 271 | 9/5/2012 | Narrative Report of Physician Entity Reimbursement | HSH-CIGNA0031187 | | | | |
| 272 | 8/29/2012 | Narrative Report of Physician Entity Reimbursement | HSH-CIGNA0031191 | | | | |
| 273 | 8/30/2012 | Narrative Report of Physician Entity Reimbursement | HSH-CIGNA0031193 | | | | |
| 274 | 8/29/2012 | Narrative Report of Physician Entity Reimbursement | HSH-CIGNA0031195 | | | | |
| 275 | 8/31/2012 | Narrative Report of Physician Entity Reimbursement | HSH-CIGNA0031197 | | | | |
| 276 | 8/31/2012 | Narrative Report of Physician Entity Reimbursement | HSH-CIGNA0031200 | | | | |
| 277 | 8/30/2012 | Narrative Report of Physician Entity Reimbursement | HSH-CIGNA0031204 | | | | |
| 278 | 8/29/2012 | Narrative Report of Physician Entity Reimbursement | HSH-CIGNA0031206 | | | | |
| 279 | 10/10/2012 | Narrative Report of Physician Entity Reimbursement | HSH-CIGNA0031210 | | | | |
| 280 | 10/10/2012 | Narrative Report of Physician Entity Reimbursement | HSH-CIGNA0031212 | | | | |
| 281 | 10/17/2012 | Narrative Report of Physician Entity Reimbursement | HSH-CIGNA0031218 | | | | |
| 282 | 10/17/2012 | Narrative Report of Physician Entity Reimbursement | HSH-CIGNA0031222 | | | | |
| 283 | 10/17/2012 | Narrative Report of Physician Entity Reimbursement | HSH-CIGNA0031224 | | | | |
| 284 | 6/1/2013 | Physician Entity Reports | HSH-CIGNA0031746 | | | | |
| 285 | 4/9/2014 | Humble email and attached Physian Entity Report | HSH-CIGNA0032560-HSH_CIGNA0032561 | | | | |
| 286 | 4/1/2014 | Physician Entity Reports | HSH-CIGNA0032748 | | | | |
| 287 | | Physician by Entity and Associated Facility Report | HSH-CIGNA00067374 | | | | |
| 288 | 4/26/2012 | Email from Anthony Florio to Belinda Hazelton re Insurance Fraud - City of Humble | CIGNA088038-CIGNA088043 | | | | |
| 289 | | Procedure Code Google search | | | | | |
| 290 | | Patient billing records, including UB04s | HSH-CIGNA00083624-HSH-CIGNA00083716 | | | | |
| 291 | | Cigna file for Patient D.G. | CIGNA033137-CIGNA033417 | | | | |
| 292 | | NUMBER NOT USED | | | | | |
| 293 | 12/31/2011 | Deposit Details for Starlight Surgical, PLLC regarding Patient L.C. | HSH-CIGNA0029703-HSH-CIGNA0029718 | | | | |
| 294 | 3/20/2014 | Insurance payment Analysis Detail | HSH-CIGNA0025042-HSh-CIGNA0025051 | | | | |
| 295 | 1/6/2012 | Physician Report for Starlight Surgical - Dr. Sofola | HSH-CIGNA0029719-HSH-CIGNA0029721 | | | | |
| 296 | | TDSHS Utilization Data for Texas Hospitals | | | | | |
| 297 | | TDSHS Hospital List | | | | | |
| 298 | | Schlumberger Plan | CIGNA006352-CIGNA006437 | | | | |
| 299 | 9/5/2013 | Email from Belinda Gray to Scott Lammers re Deborah Sieb and attachment | HSH-CIGNA00066722-HSH-CIGNA00066723 | | | | |
| 300 | 9/5/2013 | Email from Belinda Gray to Scott Lammers with attach. | HSH-CIGNA00066724 | | | | |
| 301 | | NOT USED | | | | | |
| 302 | 12/28/2011 | Email from Georgia West to Omar Kiggundu attaching correspondence from Debbie Cormier | HSH-CIGNA00071009 | | | | |
| 303 | | NOT USED | | | | | |
| 304 | 6/27/2011 | Email from Hajarah Nantege to Matt Hammit re Entity Performance Analysis | HSH-CIGNA00070583-HSH-CIGNA00070585 | | | | |
| 305 | 4/12/2011 | Email from Omar Kiggundu to Belinda Gray re My Co-Pay | HSH-CIGNA0017054-HSH-CIGNA0017057 | | | | |
| 306 | 9/4/2012 | Notice of Appeal and Request for Information | HSH-CIGNA010326-HSH-CIGNA010329 | | | | |
| 307 | 2/16/2012 | Email from Rebecca Pennington-Ward to Omar Kiggundu re J. O. | HSH-CIGNA00071100 | | | | |

| No. | Date | Description | Bates Nos. | Offr | Obj. | Admit | N/Admit |
|---|---|---|---|---|---|---|---|
| 308 | 2/6/2016 | Comment listing for patient E.R. | HSH-CIGNA00012679-HSH-CIGNA00012682 | | | | |
| 309 | 7/22/2015 | Letter from Linda Peck to Humble | HSH-CIGNA00084574 | | | | |
| 310 | | NUMBER NOT USED | | | | | |
| 311 | | First Level Appeal re patient K.M. | CIGNA046039-CIGNA046040 | | | | |
| 312 | 9/14/2011 | First Level Appeal re patient S.K. [Gray Ex. 38] | | | | | |
| 313 | 9/3/2013 | Notice of Appeal and Request for Information | CIGNA064346-CIGNA064360 | | | | |
| 314 | 4/19/2013 | Request for Reconsideration for patient P.C. | HSH-CIGNA010314-HSH-CIGNA010315 | | | | |
| 315 | 6/20/2012 | Email from Belinda Gray to Jodie Eillis re KS Powerpoint Presentation - Billing and Collections with attachment | HSH-CIGNA0020095-HSH-CIGNA0020096 | | | | |
| 316 | | NUMBER NOT USED | | | | | |
| 317 | 3/22/2012 | Email from Rebecca Pennington-Ward to Robert Varner re Consent for treatment revised and attached consent | HSH-CIGNA00073009-HSH-CIGNA00073012 | | | | |
| 318 | 4/3/2012 | Email from Rebecca Pennington-Ward to Omar Kiggundu re Dr. Jin Zhou and attached notes | HSH-CIGNA0030252 | | | | |
| 319 | | Cigna claim records for patient A.I. | | | | | |
| 320 | | Cigna claim records for patient G.N. | | | | | |
| 321 | | Cigna claim records for patient L.D. | | | | | |
| 322 | | Cigna claim records for patient S. D. | | | | | |

      Respectfully submitted,

      **ANDREWS KURTH LLP**

      **By: s/ John B. Shely**
      **JOHN B. SHELY**
      State Bar No. 18215300
      Southern District of Texas No. 7544
      **DENA PALERMO**
      Texas State Bar No. 08928830
      Southern District of Texas No. 6082
      **BRIAN C. PIDCOCK**
      Texas State Bar No. 24074895
      Southern District of Texas No. 1654553
      Southern District No. 7544
      600 Travis, Suite 4200
      Houston, Texas 77002
      (713) 220-4200
      (713) 220-4285 – Fax

      **ATTORNEYS FOR CONNECTICUT GENERAL LIFE INSURANCE COMPANY AND CIGNA HEALTH AND LIFE INSURANCE COMPANY**

## CERTIFICATE OF SERVICE

I hereby certify that on January 20, 2016, I electronically filed the foregoing document with the clerk of the court for the U.S. District Court, Southern District of Texas, using the electronic case filing system of the Court. The electronic case filing system sent a "Notice of Electronic Filing" to the attorneys of record who have consented in writing to accept this Notice as service of this document by electronic means.

      *s/ Dena Palermo*
      Dena Palermo