United States District Court
Southern District of Texas
**ENTERED**
January 20, 2016
David J. Bradley, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| CONNECTICUT GENERAL LIFE INSURANCE COMPANY, *et al*, | § § § § | |
| Plaintiffs, | § | |
| VS. | § | CIVIL ACTION NO. 4:13-CV-3291 |
| | § | |
| HUMBLE SURGICAL HOSPITAL, LLC, | § § § | |
| Defendant. | § | |

### ORDER

Cigna's motion to exclude Charlotte Kohler (Dkt. No. 194), is Denied.

It is so ORDERED.

SIGNED on this 20th day of January, 2016.

Kenneth M. Hoyt
United States District Judge