United States District Court
Southern District of Texas
**ENTERED**
January 20, 2016
David J. Bradley, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| CONNECTICUT GENERAL LIFE INSURANCE COMPANY, *et al*, | § § § § | |
| Plaintiffs, | § | |
| VS. | § | CIVIL ACTION NO. 4:13-CV-3291 |
| | § § | |
| HUMBLE SURGICAL HOSPITAL, LLC, | § § | |
| Defendant. | § | |

## ORDER

The plaintiffs' motion to exclude trial testimony from William Welch (Dkt. No. 196), is Denied. The Court permits testimony that is not protected by the attorney-client privilege. The information sought, according to arguments is relevant and non-privileged and within his knowledge.

It is so ORDERED.

SIGNED on this 20th day of January, 2016.

Kenneth M. Hoyt
United States District Judge

1 / 1