United States District Court
Southern District of Texas
**ENTERED**
January 20, 2016
David J. Bradley, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| CONNECTICUT GENERAL LIFE INSURANCE COMPANY, *et al*, | § § § § | |
| Plaintiffs, | § | |
| VS. | § | CIVIL ACTION NO. 4:13-CV-3291 |
| HUMBLE SURGICAL HOSPITAL, LLC, | § § § | |
| Defendant. | § | |

## ORDER

Plaintiffs' Motion to Exclude Trial Testimony of Mark Johnson (Dkt. No. 195), is GRANTED in all respects.

The Court ORDERS that Mark Johnson is unable to testify at trial.

It is so ORDERED.

SIGNED on this 20th day of January, 2016.

_____
Kenneth M. Hoyt
United States District Judge