Case 4:13-cv-03291   Document 208   Filed in TXSD on 01/21/16   Page 1 of 1

United States District Court
Southern District of Texas
**ENTERED**
January 21, 2016
David J. Bradley, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| CONNECTICUT GENERAL LIFE INSURANCE COMPANY, *et al*, | § § § § | |
| Plaintiffs, | § | |
| VS. | § | CIVIL ACTION NO. 4:13-CV-3291 |
| | § § | |
| HUMBLE SURGICAL HOSPITAL, LLC, | § § | |
| Defendant. | § | |

## ORDER

Cigna's motion to exclude evidence of subsequent remedial measures (Dkt. No. 205) is Denied. The Court will address appropriate objection during testimony.

It is so **ORDERED**.

SIGNED on this 21st day of January, 2016.

_____
Kenneth M. Hoyt
United States District Judge