IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| CONNECTICUT GENERAL LIFE INSURANCE COMPANY AND CIGNA HEALTH AND LIFE INSURANCE COMPANY § § § § § Plaintiff, § § VS. § § HUMBLE SURGICAL HOSPITAL, LLC § § Defendant. § | JURY DEMANDED CIVIL ACTION NO.:  4:13-CV-3291 |

PROPOSED ORDER ON
HUMBLE SURGICAL HOSPITAL, LLC'S
MOTION FOR ATTORNEY'S FEES

Before the Court is Humble's Motion for Attorney's Fees. After considering the motion, the response and the applicable authority, the Court finds that the Motion should be GRANTED and hereby awards Humble fees in the amount of $2,743,790.25. The Court will separately consider an application for interest and fees.

Signed this _____ day of _____, 2016.

_____
UNITED STATES DISTRICT JUDGE
THE HONORABLE KENNETH HOYT