Case 4:13-cv-03291   Document 254   Filed in TXSD on 06/15/16   Page 1 of 1

United States District Court
Southern District of Texas

**ENTERED**
June 15, 2016
David J. Bradley, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| CONNECTICUT GENERAL LIFE INSURANCE COMPANY, *et al*, | § § § § | |
| Plaintiffs, | § | |
| VS. | § | CIVIL ACTION NO. 4:13-CV-3291 |
| | § § | |
| HUMBLE SURGICAL HOSPITAL, LLC, | § § | |
| Defendant. | § | |

**FINAL JUDGMENT**

Pursuant to the Memorandum Opinion and Order entered in this case, Cigna shall recover nothing on its claims. Humble shall recover damages against Cigna as follows:

a) Damages                $ 11,392,273

b) Penalties                 2,299,000

c) Attorney's Fees           2,743,790

d) Pre-judgment interest at the rate of 6% from November 1, 2013 through the date of this judgment

e) Post-judgment interest at the rate of 0.59% per annum until paid

f) Costs of Court

This is a Final Judgment.

SIGNED on this 15th day of June, 2016.

_____
Kenneth M. Hoyt
United States District Judge