IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| CONNECTICUT GENERAL LIFE INSURANCE COMPANY and CIGNA HEALTH AND LIFE INSURANCE COMPANY | § § § § § § § § | CIVIL ACTION NO. 4:13-cv-3291 |
| vs. | | |
| HUMBLE SURGICAL HOSPITAL, LLC | | |

# NOTICE OF APPEAL

Notice is hereby given that Plaintiffs Connecticut General Life Insurance Company and Cigna Health and Life Insurance Company appeal to the United States Court of Appeals for the Fifth Circuit from the Final Judgment entered on this Court's docket on June 15, 2016 (Dkt. 254) together with all rulings, findings, and determinations embodied in the Judgment.

Respectfully submitted,

By: *s/ John B. Shely*
    JOHN B. SHELY
    State Bar No. 18215300
    *jshely@andrewskurth.com*
    ANDREWS KURTH LLP
    600 Travis, Suite 4200
    Houston, Texas 77002
    (713) 220-4200

OF COUNSEL:

ANDREWS KURTH LLP
and
LAURA TRENAMAN
State Bar No. 00798553
Southern District No. 23815
*ltrenaman@andrewskurth.com*
BRIAN C. PIDCOCK
State Bar No. 24074895
Southern District No. 1654553
*brianpidcock@andrewskurth.com*

**ATTORNEYS FOR CONNECTICUT GENERAL LIFE INSURANCE COMPANY and CIGNA HEALTH AND LIFE INSURANCE COMPANY**

HOU:3695868.1

- 2 -

## CERTIFICATE OF SERVICE

    I hereby certify that on the 23rd day of June, 2016, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system. The electronic case filing system sent a "Notice of Electronic Filing" to the attorneys of record who have consented in writing to accept this Notice as service of this document by electronic means.

                                                *s/   John B. Shely*
                                                John B. Shely

HOU:3695868.1