IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| CONNECTICUT GENERAL LIFE INSURANCE COMPANY AND CIGNA HEALTH AND LIFE INSURANCE COMPANY | § § § § § | |
| Plaintiff, | § § | JURY DEMANDED |
| VS. | § § | CIVIL ACTION NO.: 4:13-CV-3291 |
| HUMBLE SURGICAL HOSPITAL, LLC | § § § | |
| Defendant. | § | |

## HUMBLE SURGICAL HOSPITAL, LLC'S
## NOTICE OF FORTHCOMING BRIEF

Defendant Humble Surgical Hospital, LLC ("Humble") respectfully provides notice to the Court regarding its forthcoming response regarding the pending motion to unseal various records in this case.

On June 27, 2016, Petitioner Thomas J. Pliura ("Pliura") moved to intervene for the limited purpose of unsealing certain pleadings, exhibits, and trial transcripts. Doc. 259. On June 29, 2016, the Court ordered Plaintiff CIGNA to submit a response on an expedited basis. Doc. 260. CIGNA submitted its responses, objecting in part, on July 11, 2016. Doc. 265.

Humble intends to submit briefing on this issue shortly. Humble generally agrees that patients' protected health information should not be disclosed to the public, and likewise generally agrees that certain information may be confidential. However, as to the trial transcript, the bulk of the testimony can and should be unsealed. Humble intends to detail its objections/agreements in the same manner as CIGNA's pleading.

Dated: July 13, 2016

          Respectfully submitted,

By: */s/ John P. Lahad*
Brian D. Melton
Southern District of Texas No. 26016
State Bar No. 24010620
bmelton@susmangodfrey.com
Jonathan J. Ross
Southern District of Texas No. 18293
State Bar No. 00791575
jross@susmangodfrey.com
John P. Lahad
Southern District of Texas No. 1114929
State Bar No. 24068095
jlahad@susmangodfrey.com
SUSMAN GODFREY L.L.P.
1000 Louisiana Street, Suite 5100
Houston, Texas 77002
Telephone:  (713) 651-9366
Facsimile:  (713) 654-6666

*ATTORNEYS FOR DEFENDANT*
*HUMBLE SURGICAL HOSPITAL LLC*

## CERTIFICATE OF SERVICE

This is to certify that a true and correct copy of the foregoing document has been served on the undersigned counsel via ECF, on the 13th day of July 2016, as follows:

John B. Shely
Brian Pidcock
**ANDREWS KURTH LLP**
600 Travis Street, Suite 4200
Houston, Texas 77002
(713) 220-4152
(713) 238-7206 fax

*Attorneys for Plaintiffs*

          */s/ John P. Lahad*
John P. Lahad