UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| CONNECTICUT GENERAL LIFE INSURANCE COMPANY, *et al*, | § § § § | |
| Plaintiffs, | § | |
| VS. | § | CIVIL ACTION NO. 4:13-CV-3291 |
| HUMBLE SURGICAL HOSPITAL, LLC, | § § § | |
| Defendant. | § | |

## ORDER ON PETITION TO INTERVENE

Thomas J. Pliura, M.D., J.D.'s *pro se* petition to intervene for the limited purpose of unsealing records (Dkt. No. 259) is **DENIED**.

It is so **ORDERED**.

SIGNED on this 14th day of September, 2016.

Kenneth M. Hoyt
United States District Judge