**United States Court of Appeals**
FIFTH CIRCUIT
OFFICE OF THE CLERK

LYLE W. CAYCE
CLERK

TEL. 504-310-7700
600 S. MAESTRI PLACE
NEW ORLEANS, LA 70130

*United States District Court*
*Southern District of Texas*
**FILED**
SEP 2 8 2016
David J. Bradley, Clerk of Court

September 28, 2016

MEMORANDUM TO COUNSEL OR PARTIES LISTED BELOW:

    No. 16-20398   Connecticut Gen Life Ins Co., et al v. Humble Surgical Hospital, LLC
           USDC No. 4:13-CV-3291

The court has granted the motion to supplement the record in this case with the trial exhibits. The district court is requested to provide us with a supplemental electronic record consisting of the documents outlined in the attached motion within 15 days of this notice. Counsel is reminded that any citations to these documents must cite to the supplemental electronic record.

Sincerely,

LYLE W. CAYCE, Clerk

By: _____
Angelique D. Batiste, Deputy Clerk
504-310-7715

Mr. David J. Bradley
Mr. Warren Haskel
Mr. John Pierre Lahad
Mr. Chanler Ashton Langham
Mr. Brian Douglas Melton
Mr. Brian Pidcock
Mr. Cameron Phair Pope
Mr. Jonathan Jeffrey Ross
Mr. John Bruce Shely
Mr. Joshua Benjamin Simon