IN THE UNITED STATES COURT OF APPEALS
FOR THE FIFTH CIRCUIT

4:13-cv-3291

No. 16-20398

United States District Court
Southern District of Texas
FILED

JAN 2 3 2017

David J. Bradley, Clerk of Court

CONNECTICUT GENERAL LIFE INSURANCE COMPANY; CIGNA HEALTH AND LIFE INSURANCE COMPANY,

    Plaintiffs - Appellants

v.

HUMBLE SURGICAL HOSPITAL, L.L.C.,

    Defendant - Appellee

Appeal from the United States District Court for the
Southern District of Texas, Houston

O R D E R:

    IT IS ORDERED that appellee's unopposed motion to view and obtain all sealed documents is GRANTED.

                         /s/ James L. Dennis
                          JAMES L. DENNIS
                 UNITED STATES CIRCUIT JUDGE

# United States Court of Appeals
**FIFTH CIRCUIT**
OFFICE OF THE CLERK

LYLE W. CAYCE  
CLERK

TEL. 504-310-7700  
600 S. MAESTRI PLACE  
NEW ORLEANS, LA 70130

January 20, 2017

MEMORANDUM TO COUNSEL OR PARTIES LISTED BELOW:

    No. 16-20398   Connecticut Gen Life Ins Co., et al v. Humble Surgical Hospital, LLC  
                    USDC No. 4:13-CV-3291

Enclosed is an order entered in this case.

The court has granted the unopposed motion of Humble Surgical Hospital, L.L.C. to view and obtain sealed documents contained in the record on appeal. In accordance with this court's order, you may obtain the sealed materials from the District Court. The sealed materials are for your review ONLY. This material should be maintained in your office under seal and returned to the District Court as soon as it has served your purpose.

Sincerely,

LYLE W. CAYCE, Clerk

By: _____  
James deMontluzin, Deputy Clerk  
504-310-7679

Mr. David J. Bradley  
Mr. Warren Haskel  
Mr. John Pierre Lahad  
Mr. Chanler Ashton Langham  
Mr. Brian Douglas Melton  
Mr. Brian Pidcock  
Mr. Cameron Phair Pope  
Mr. Jonathan Jeffrey Ross  
Mr. John Bruce Shely  
Mr. Joshua Benjamin Simon